UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JONAH WEGZYN, | ) | CASE NO. C08-1361-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING AND |
| | ) | RETURNING PLAINTIFF'S FIRST |
| OFFICER GRIFFEE, et al., | ) | SET OF DISCOVERY REQUESTS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a Washington state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 6, 2009, the Court issued an Order regarding pretrial preparations. (Dkt. 16). This Order established deadlines for completing discovery and filing dispositive motions. On January 26, 2009, plaintiff filed with the Court his first set of interrogatories and requests for production. (Dkt. 18). Having considered this discovery request, the Court does hereby find and ORDER:

(1)  Plaintiff is advised that requests for discovery should not be sent to the Court but rather to the opposing party. The Court's role is limited to resolving disputes regarding discovery if they arise. Therefore, the Clerk shall STRIKE plaintiff's first set of interrogatories and requests

ORDER STRIKING AND RETURNING
PLAINTIFF'S FIRST SET OF DISCOVERY
REQUESTS
PAGE -1

01 for production (Dkt. 18) and return it to plaintiff.

02 (2) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for
03 defendants, and to the Hon. Marsha J. Pechman.

04 DATED this 29th day of January, 2009.

Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING AND RETURNING
PLAINTIFF'S FIRST SET OF DISCOVERY
REQUESTS
PAGE -2