UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONAH WEGZYN, | CASE NO. C08-1361-MJP-MAT |
| Plaintiff, | |
| v. | ORDER RE: MOTION FOR APPOINTMENT OF COUNSEL |
| OFFICER GRIFFEE, et al., | |
| Defendants. | |

Plaintiff Jonah Wegzyn proceeds *pro se* and *in forma pauperis* (IFP) in this 42 U.S.C. § 1983 civil rights case. Plaintiff, in a letter and motion, requests appointment of counsel. (Dkts. 20 & 22.) Although defendants did not submit any opposition to the request, it is not clear whether plaintiff provided them with copies of either the letter or motion. **Plaintiff is reminded to provide defendants with copies of all filings in the future**. Now, having considered all documents filed in support of the pending request, as well as the remainder of the record, the Court does hereby find and ORDER:

(1) There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party

ORDER RE: MOTION FOR APPOINTMENT
OF COUNSEL
PAGE -1

proceeding IFP, plaintiff has shown neither exceptional circumstances, nor an inability to articulate his claims *pro se* that would warrant the appointment of counsel. *See Wilborn v. Escalderon,* 789 F.2d 1328, 1331 (9th Cir. 1986). Accordingly, plaintiff's motion for appointment of counsel (Dkts. 20 & 22) is DENIED.

(2) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for defendants, and to the Hon. Marsha J. Pechman.

DATED this 12th day of March, 2009.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION FOR APPOINTMENT
OF COUNSEL
PAGE -2