UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JONAH WEGZYN, | ) | CASE NO. C08-1361-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: REQUEST FOR |
| | ) | EXTENSION AND DOCUMENT |
| OFFICER GRIFFEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights case. He seeks to postpone the Court's consideration of any motions while he attempts to retain counsel (Dkt. 27), which the Court construes as a motion for an extension of time to respond to defendants' pending motion for summary judgment. Plaintiff also submitted a letter requesting the return of a document previously submitted to the Court. (Dkt. 28.) Having considered these requests, the Court finds and concludes as follows:

(1) Plaintiff indicates his intention to retain counsel by the conclusion of May 2009 and seeks to postpone the Court's consideration of any motions until after that date. The Court finds this request reasonable and, therefore, GRANTS plaintiff's motion for an extension of

ORDER RE: REQUEST FOR
EXTENSION AND DOCUMENT
PAGE -1

time (Dkt. 27). Defendants' motion for summary judgment (Dkt. 25) is renoted for consideration on **June 19, 2009**. Plaintiff must respond to the motion by no later than **June 15, 2009** and defendants may reply by no later than **June 19, 2009**.

(2) Plaintiff seeks the return of a medical record dated March 14, 2006. The Court directs the clerk to return to plaintiff all of the records plaintiff has submitted to the Court. Those records are attached to this Order.

(3) The Clerk is further directed to send copies of this Order to the parties and to the Honorable Marsha J. Pechman.

DATED this 26th day of May, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge