UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JONAH WEGZYN, | ) | CASE NO. C08-1361 MJP MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| OFFICER GRIFFEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, Plaintiff's Amended Complaint (Dkt. No. 6), Defendants' Motion for Summary Judgment (Dkt. No. 25), and the balance of the record, and having noted the lack of objection from Plaintiff to the Report and Recommendation, the Court hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation (Dkt. No. 38);

(2) The amended complaint (Dkt. No. 6) and this action are DISMISSED with prejudice;

(3) Plaintiff's application for leave to proceed in forma pauperis is DENIED as moot; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, Defendants and Judge Theiler.

DATED this 20th day of October, 2009.

Marsha J. Pechman
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1